1014

THE STATE OF WASHINGTON, *Appellant*, v. MICHELLE MARIE COFFMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 98-1-50096-3, Philip M. Raekes, J., entered June 8, 1999. *Reversed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Schultheis, J.

THE STATE OF WASHINGTON, *Respondent*, v. DOMINIC ANTHONY SHEARS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-02223-9, Ellen K. Clark, J., entered February 22, 2000. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ.

DONNA LEE MCLEOD, *Plaintiff*, EDWARD M. GORMAN, *Respondent*, v. DAVID M. ESTES, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-07682-4, Gregory D. Sypolt, J., entered March 6, 2000. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ.

CLOFAS J. ABBOTT, ET AL., *Appellants*, v. PAUL D. INGRAM, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 00-2-00016-7, Lesley A. Allan, J., entered July 18, 2000. *Affirmed* by unpublished per curiam opinion.